IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TONY THOMPSON, )
)
    Petitioner, )
)
vs. ) CIVIL ACTION NO.: CV512-134
)
)
HUGH SMITH, Warden, )
)
    Respondent. )

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections and various motions have been filed.[1] In his Objections, Petitioner Tony Thompson ("Thompson") asserts that this Court failed to reach the merits of his "true Federal Rule 60(b)(6) claims in Case No: 506-36(sic)[.]" (Doc. No. 21, p. 1). At the time the Magistrate Judge issued his Report, the Honorable William T. Moore, Jr., had not ruled on Thompson's Motion to Reopen filed in Case Number CV503-36. Judge Moore has since entered a ruling in that matter and determined Thompson presented nothing in his Motion which required the Court to reopen that case. (Case No. CV503-36, Doc. No. 77). As Judge Moore noted and to which the Magistrate Judge alluded, Thompson's filings in CV503-36 and this case are nothing more than his attempt to

---

[1] The undersigned considered Document Number 19, which is entitled "Brief in Support of Petitioner's 'Objections' to Respondent's Opposition to Petitioner's Motion for Summary Judgment Doc. # 13", as it was filed after the Magistrate Judge entered his Report.

AO 72A
(Rev. 8/82)

avoid the gatekeeping provisions of 28 U.S.C. § 2244(b) and the statute of limitations period of 28 U.S.C. § 2244(d).

Thompson's Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Thompson's Rule 60(b)(6) Motion is **DENIED**. Respondent's Motion to Dismiss and Thompson's Motion for Summary Judgment are **DISMISSED** as moot. As a necessary consequence, Thompson's Motion for Oral Judgment and Equitable Relief (Doc. No. 20), his Motion for Equitable Judgment (Doc. No. 26), and Motion for Declaration (Doc. No. 28) are **DISMISSED** as moot. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 5 day of January, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)